UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLENE VADNAIS,                              21-cv-0012 (JGK)

        Plaintiff,                   ORDER

  - against -

UNITED STATES OF AMERICA,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) Report by April 16, 2021.

SO ORDERED.

Dated:   New York, New York
        March 31, 2021

                            /s/ John G. Koeltl
                              John G. Koeltl
                      United States District Judge