

**CHOPRA & NOCERINO, LLP**
ATTORNEYS AT LAW

100 Quentin Roosevelt Blvd • Unit 107
Garden City, NY 11530
T: 212.868.3600 • F: 212.868.1300
info@chopranocerino.com • www.chopranocerino.com

January 10, 2022

By ECF
**Honorable Katharine H. Parker**
**United States Magistrate Judge**
**Southern District of New York**
**500 Pearly Street**
**New York, NY 1007-1312**

Re: *Vadnais v. United States of America, et al.*,
21 Civ. 00012 (JGK)

Dear Magistrate Parker:

My office is in receipt of the Order setting down a telephonic conference for 2/15/22 at 11 a.m. in connection with the above-referenced matter.  The undersigned is the attorney assigned to handle this matter for this office and I have the most knowledge on the matter as to all issues pertaining to discovery.  Unfortunately, I am scheduled to appear for a virtual conference on that date at 10:30 a.m. in the matter of *EL, an infant by his Mother and Natural Guardian, AMANDA SPIGNER v. THE STATE OF NEW YORK*, Claim No. 130043.  Similar to the matter before this Honorable Court, I would be the best person to appear on that case as well.  As such, the undersigned respectfully requests that our telephonic conference be adjourned to any time on the 15the between 9:00 a.m. and 10:15 a.m. or any time from 12:00 p.m. forward.  I have been in contact with counsel for defendant and she is amenable to my request.

Very truly yours,

Mehmet F. Gokce

---

**APPLICATION GRANTED:** The Post-Discovery Conference in this matter scheduled for Tuesday, February 15, 2022, at 11:00 a.m. is hereby rescheduled to <u>Tuesday, February 22, 2022 at 12:15 p.m.</u> Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  <u>Please dial (866) 434-5269; access code 4858267.</u>

APPLICATION GRANTED
Hon. Katharine H. Parker, U.S.M.J.
01/11/2022



100 Quentin Roosevelt Blvd • Unit 107
Garden City, NY 11530
T: 212.868.3600 • F: 212.868.1300
info@chopranocerino.com • www.chopranocerino.com