USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLENE VADNAIS,

               Plaintiff,

-against-

UNITED STATES OF AMERICA,

               Defendant.

**ORDER ADJOURNING DISCOVERY CONFERENCE**

1:21-CV-0012 (JGK)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Post-Discovery Conference scheduled for **Thursday, March 31, 2022 at 12:00 p.m.** (doc. no 47) the Discovery Conference currently scheduled for **February 22, 2022** is hereby adjourned.

SO ORDERED.

Dated: February 10, 2022
       New York, New York

*Katharine H Parker*

KATHARINE H. PARKER
United States Magistrate Judge