```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/03/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLENE VADNAIS,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.

---

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**1:21-CV-0012 (JGK)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    A Case Management Conference in this matter is hereby scheduled for **Tuesday, May 31, 2022, at 2:30 p.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

    SO ORDERED.

Dated:   May 3, 2022
             New York, New York

*[signature: Katharine H Parker]*

KATHARINE H. PARKER
United States Magistrate Judge