USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/09/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLENE VADNAIS,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

1:21-CV-0012 (JGK)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Case Management Conference in this matter scheduled for Tuesday, August 23, 2022, at 3:00 p.m. is hereby rescheduled to **Tuesday, August 23, 2022 at 4:30 p.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.

**Please dial (866) 434-5269; access code 4858267.**

        SO ORDERED.

Dated:   August 9, 2022
             New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge