UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2023
```

CARLENE VADNAIS,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.

**ORDER**

21-CV-0012 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

As discussed at the July 25, 2023 Pre-Motion Conference:

The deadline for Defendant's motion for sanctions, and in particular a motion seeking to preclude Plaintiff from relying on Dr. Arora, is **Friday, August 25, 2023**. Plaintiff's opposition and cross-motion to reopen discovery are due on **Friday, September 15, 2023**. Defendant's reply and opposition to any cross-motion is **Friday, September 29, 2023**. Plaintiff's reply on its cross-motion is due on **Friday, October 13, 2023**.

      SO ORDERED.

Dated:   July 25, 2023
            New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge