**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
CARLENE VADNAIS,

                          Plaintiff,

       -against-                                       21 **CIVIL** 0012 (KHP)

                                                                 **JUDGMENT**

UNITED STATES OF AMERICA,

                        Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 13, 2024, Defendant's motion for summary is granted; accordingly, the case is closed.

**Dated:** New York, New York

      March 13, 2024

                                                                     **RUBY J. KRAJICK**
                                                                     _____
                                                                       **Clerk of Court**

                                          **BY:**    *K. Mango*

                                                                       _____
                                                                       **Deputy Clerk**